```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 16818
   NERISSA MARANAN
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-0643


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 06/30/08 and confirmed on 09/12/08.

     2.   The case was converted to Chapter 7 after confirmation, 02/26/2009.

     3.   The Debtor paid a total of $   1925.00 .

     4.   The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
----------------------------------------------------------------------------
CITIMORTGAGE INC            CURRENT MORTG          .00             .00             .00
FIFTH THIRD BANK            SECURED VEHIC          .00             .00             .00
FIA CARD SERVICES           UNSECURED        NOT FILED             .00             .00
FIA CARD SERVICES           UNSECURED        NOT FILED             .00             .00
CITIFINANCIAL RETAIL SVC    UNSECURED        NOT FILED             .00             .00
DIRECT MERCHANTS CREDIT     UNSECURED        NOT FILED             .00             .00
PRONGER SMITH               UNSECURED        NOT FILED             .00             .00
SAMS CLUB                   UNSECURED        NOT FILED             .00             .00
SEARS BKRUPTCY RCVRY MGM    UNSECURED        NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        NOT FILED             .00             .00
WASHINGTON MUTUAL CARD S    UNSECURED        NOT FILED             .00             .00
          Summary of disbursements:
----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00          .00
PRINCIPAL PAID         .00          .00          .00          .00          .00
INTEREST PAID          .00          .00          .00          .00          .00
TOTAL PAID             .00          .00          .00          .00          .00
The Debtor's attorney, PATRICK A MESZAROS           , was allowed $    3500.00
and was paid $   1000.00  direct and $   1822.98  through the plan.

The Trustee received $    102.02 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/31/09                           /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```